Henry A. Miller, Appellee, v. Bartlett State Bank, Appellant.

Gen. No. 40,604. 

opinion filed October 25, 1939; rehearing denied November 9, 1939. Schachner & Siegan, for appellant; Joseph M. Schachner and Harold A. Siegan, of counsel; Gariepy & Gariepy, for appellee; Fred A. Gariepy, William Jacobs and Victor P. Frank, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."